# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00666-CR

**Nicholas S. Morphis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT NO. 13-004, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Nicholas S. Morphis filed a motion to dismiss by withdrawing his notice of appeal. Appellant's motion to withdraw his notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: January 28, 2015

Do Not Publish